OCTAVIUS O. COTTLE et al., Appellants, *v.* THE COUNTY OF ERIE et al., Respondents.

*Cottle* v. *County of Erie,* 57 App, Div. 443, affirmed.
(Argued December 10, 1902; decided January 6, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 20, 1901, reversing a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term and granting a new trial.

*Edmund P. Cottle* for appellants.

*Percy S. Lansdowne, Harry N. Kraft, Charles Diebold, Jr.,* and *John W. Fisher* for respondents.

Order affirmed and judgment absolute ordered against plaintiffs on the stipulation, with costs in all courts, upon the ground that there was a question of fact in relation to occupancy and an error of law in relation to the method adopted by the plaintiff to prove occupancy; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and CULLEN, JJ. Dissenting: O'BRIEN, J.